85,140-01

WRIT No. 12CR0829-83-1

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 31 2016

Abel Acosta, Clerk

IN THE

COURT OF CRIMINAL APPEALS

OF TEXAS AT AUSTIN

EX PARTE SPILLERS

APPLICANT

APPLICANT'S OBJECTIONS TO

FINDINGS OF FACT AND CONCLUSION OF LAW

WITHOUT EVIDENTIARY HEARING ON APPLICATION

FOR WRIT OF HABEAS CORPUS

I.

## TABLE OF CONTENTS

COVER SHEET                                    I


TABLE OF CONTENTS                              II

INDEX OF AUTHORITIES                           III

STATEMENT OF FACTS                             IV


OBJECTIONS                                     V

RELIEF                                         VI

II.

## INDEX OF AUTHORITIES

Web v. State, 12 S.W. 3d 808, 811 (Tex. Crim. App. 2000)

## STATEMENT OF FACTS

Applicant Spillers did not receive the Trial Court's Findings of Fact and Conclusions of Law Without Evidentiary Hearing on Application for Writ of Habeas Corpus; Filed May 11, 2016 with the District Clerk of Galveston County; from the mail room of the Huntsville Unit, Texas Dept. of Criminal Justice until the 23rd day of May 2016.

Applicant submits this Objection within the ten (10) day time limit from the date of May 23, 2016.

## OBJECTION

In the Findings of Fact and Conclusions of law Brief filed on May 11, 2016, the Court is providing its own statutory construction without precedent.

Texas Courts have clearly placed emphasis on the word PUNISHABLE rather than the words as, for, under or any other noun, adv., or conjunction found in the statute.

"However, this interpretation isolates the words "PUNISHABLE under" from their context and fails to differentiate between an "enhanced offense" and "enhanced PUNISHMENT". The level of specificity set out in these statutes suggests that the "multiple enhancement" that the State asserts is not also authorized." Webb v. State, 12 S.W. 3d 808, 811 (TCA 2000) (emphasis added).

Applicant holds that his sentences are illegal and recomends the Court of Criminal Appeals rely on the Original State's Response to 11.07 Application for Post Convivtion Writ of Habeas Corpus and its Proposed Findings of Fact and Conclusions of Law filed Dec. 29, 2015 and grant relief.

V.

## RELIEF

(1) vacate illegal sentence in cause Nos. 12 CR0828 and 12CR0829,

(2) vacate both enhancement paragraphs, and

(3) wave attorney fees in both the original trial and the direct appeal.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Applicant humbly prays this Honorable Court grant relief.

RESPECTFULLY SUBMITTED

_J. E. Spillers_

Joseph E. Spillers #1862823

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Objections to Findings of Fact and Conclusions of law without Evidentiary Hearing on Application for Writ of Habeas Corpus was mailed to the District Clerk of Galveston County 600 59th Street, Suite 4001 Galveston, Tx. 77551 by first U.S. postage prepaid by placing same in Huntsville Unit mailbox on 5-26-16.

_J. E. Spillers_

Joseph E. Spillers #1862823
815 12th Street
Huntsville, Tx. 77348

vi.